# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| VS. | : 7:21-CR-32-002 (TES) |
| | : 7:20-CR-05-003 (TES) |
| ELISSA MOODY | : |
| Defendant. | : |

## ORDER TO APPOINT COUNSEL

Presently pending before the Court is Defendant's Motion to Appoint Counsel. (Doc. 151). Defendant filed a motion for sentence reduction that was preliminarily reviewed by a district judge. (Doc. 149). The district judge concluded that counsel should be appointed to assist Defendant with her motion for sentence reduction. *Id.* However, the counsel previously appointed to represent Defendant has since withdrawn from the case. (Doc. 152).

Accordingly, consistent with the District's policy regarding such motions for sentence reduction and pursuant to 18 U.S.C. §§ 3006A(a)(1) and (c), the Court appoints Jason Moon to represent the Defendant on her motion for sentence reduction. Within 30 days of today's Order, Defendant's counsel shall file a supplemental motion and brief in support of Defendant's motion for sentence reduction. If counsel determines that Defendant is not eligible for the reduction in sentence or that a conflict exists regarding representation of Defendant, notice should be filed promptly.

**SO ORDERED,** this 18th day of April, 2024.

s/ ***THOMAS Q. LANGSTAFF***
UNITED STATES MAGISTRATE JUDGE